No. 11–7074. TRAVALINE v. SUPREME COURT OF THE UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7075. WILLIAMS v. MULLEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–7077. WILLIAMS v. HARLOW ET AL. Commw. Ct. Pa. Certiorari denied.

No. 11–7079. WINTERS v. HUBBARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7080. WASHINGTON v. LOCKETT, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7083. O'CONNOR v. GRACE ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–7085. BUSH v. DIVISION OF HUMAN RIGHTS ET AL. Ct. App. N. Y. Certiorari denied.

No. 11–7087. CASTANEDA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–7088. RHODES v. MEDINA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–7092. O'GEARY v. FAYRAM, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–7095. ROBERTS v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7097. ST. CYR v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 11–7106. CURTIS-JOSEPH v. RICHARDSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–7107. CONNOLLY v. ILLINOIS PRISONER REVIEW BOARD ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.